BISCHOFF and PRYOR, JJ., concur.
Ordered accordingly.

---

## NEW YORK SUPERIOR COURT — GENERAL TERM,. DECEMBER, 1893.

PEPPARD *v.* DELAWARE, LACKAWANNA & WESTERN R. R. Co..

APPEAL by defendant from judgment, entered upon the verdict of a jury, and from order denying defendant's motion for a new trial.

*Wolff & Hodge* (*J. Aspinwall Hodge, Jr.*, of counsel), for plaintiff (respondent).

*Hamilton Odell*, for defendant (appellant).

*Per Curiam.* The substantial questions presented by the appeal in this case have been passed upon in the case of plaintiff's fellow-passenger, Michael Toomey, against the same defendant (4 Misc. Rep. 392). For the reasons assigned in that case upon which the verdict in favor of the plaintiff was sustained, and there being no new question in the present case which deserves special notice. the judgment and order should be affirmed, with costs.

Present : FREEDMAN and GILDERSLEEVE, JJ.
Judgment and order affirmed, with costs.

---

### SAUNDERS *v.* TRINKEN.

APPEAL from order made at Special Term denying plaintiff's motion for a new trial on the ground of newly discovered evidence.

*V. Wright Kingsley* (*John A. Grow*, of counsel), for plaintiff (appellant).

*Frederic C. White*, for defendant (respondent).

*Per Curiam.* The order should be affirmed, with ten dollars costs and disbursements.

Present: FREEDMAN and GILDERSLEEVE, JJ.
Order affirmed.